**Law Office of Mohammed Gangat**

675 3rd Ave, Su 1810, NY, NY 10017
(718) 669-0714  mgangat@gangatpllc.com

---

<u>**VIA ECF**</u>                                                                                            **June 27, 2023**

Hon. Judge Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   *Cynthia Lochnicki, et. al. v. Planned Building Services, Inc., et. al.,*
<u>No. 1:23-cv-02822-ENV-SJB</u>

To The Honorable Judge Vitaliano:

This office represents plaintiffs Cynthia Lochnicki and Chequwan Potter in the above captioned action. I submit this letter to kindly request a <u>***second***</u> extension of time to respond to defendants Planned Building Services, Inc., Planned Security Services, Inc. and Planned Lifestyle Services, Inc.'s ("Defendants") letter motion requesting a premotion conference in advance of Defendants' anticipated Motion to Dismiss and/or Compel Arbitration, filed at ECF # 6 on June 9, 2023.

On June 20, 2023,  Your Honor granted Plaintiffs a one-week extension, adjourning the deadline to June to 26, 2023.

I write now to respectfully request another extension, allowing Plaintiffs to file their response on or before July 5, 2023. Defendants consent to this request.

I thank the Court for its time and attention to this matter.

Respectfully submitted,

_____
Mohammed Gangat, Esq.