

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

Glenn S. Grindlinger
Direct Dial: 212-905-2305
E-mail: ggrindlinger@foxrothschild.com

July 19, 2023

**VIA ECF**
Honorable Eric N. Vitaliano
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Lochnicki, *et al.* v. Planned Building Services, Inc., *et al.*
                Civil Action No.: 23-cv-02822**

Dear Judge Vitaliano:

    We represent all Defendants in the above-referenced matter. Pursuant to Your Honor's July 6, 2023 Order, and after conferring with Plaintiff, we write to propose a briefing schedule for Defendants' anticipated Motion to Dismiss.

| | |
|---|---|
| Opening Brief: | August 11, 2023 |
| Opposition: | September 1, 2023 |
| Reply: | September 15, 2023 |

    Please let us know if this schedule is acceptable to the Court. If Your Honor has any questions or concerns, we are available at the Court's convenience.

                      Respectfully submitted,

                      FOX ROTHSCHILD LLP

                      /s/ *Glenn S. Grindlinger*

                      Glenn S. Grindlinger

cc:    All counsel of record via ECF

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington

147639031.1