Application Granted
**SO ORDERED**
Brooklyn, New York
Dated: 10/2/23

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge
The clerk is directed to close the case.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Cynthia Lochnicki and Chequwan Potter *on behalf of themselves and all others similarly situated,*

         *Plaintiff,*

-against-

Planned Building Services, Inc., Planned Security Services, Inc., and Planned Lifestyle Services, Inc.,

         *Defendants.*

Case No. 2:23-cv-02822-ENV-SJB

**STIPULATION OF DISMISSAL**

**WHEREAS**, no party is an infant, incompetent person for whom a committee has been appointed or conservatee, and there is no person not a party who has an interest in the subject matter of this action;

**IT IS HEREBY STIPULATED AND AGREED**, by and between all Plaintiffs and Defendants, through their undersigned attorneys, pursuant to FRCP 41(a)(1), that the above-captioned action is discontinued and dismissed with prejudice, and without any apportionment of attorneys' fees, costs or disbursements.

**IT IS FURTHER STIPULATED AND AGREED** that facsimile and/or electronic copies of the signatures on their stipulation may be treated as originals for all purposes.

Dated: September 29, 2023
    New York, NY

| LAW OFFICE OF MOHAMMED GANGAT | FOX ROTHSCHILD LLP |
|---|---|
| By: _/s/ Mohammed Gangat_ | By: _/s/ Glenn Grindlinger_ |
| Mohammed Gangat, Esq., | Glenn Grindlinger, Esq. |
| 675 Third Avenue, Suite 1810, | 101 Park Ave., 17th Floor, |
| New York, NY 10017 | New York, NY 10178 |
| (718) 669-0714 | (212) 905-2305 |
| mgangat@gangatpllc.com | GGrindlinger@foxrothschild.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |